United States Court of Appeals

For the Eighth Circuit

_____

No. 18-3476
_____

United States of America

*Plaintiff - Appellee*

v.

Jeffery Hughes

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Joplin
_____

Submitted: April 18, 2019
Filed: May 2, 2019
[Unpublished]
_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Jeffery Hughes directly appeals the district court's[1] order revoking (for the second time) Hughes's supervised release, and sentencing him to ten months in prison

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

and five years of supervised release. Hughes's brief asserts his claim that the sentence is greater than that necessary to sufficiently comply with the purposes set forth in 18 U.S.C. § 3553(a). Our review of the record satisfies us that the district court did not abuse its discretion in imposing a within-Guidelines-range revocation sentence after consideration of the factors outlined in that statute. <u>See</u> 18 U.S.C. § 3583(e)(3); <u>United States v. Petreikis</u>, 551 F.3d 822, 824-25 (8th Cir. 2009) (holding that revocation sentences are reviewed for abuse of discretion under same "reasonableness" standard that applies to initial sentencing proceedings; within-Guidelines-range revocation sentence is accorded presumption of reasonableness on appeal).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____